EXHIBIT 2
tabbies
Batchelor 3/19/25



Judge orders release of amended autopsy report of Elijah McClain



**Response to MSJ Ex. 3**