


Dr. P.J. Parmer

EXHIBIT 50
tabbies
ID
Batchelor 3/13/25

Response to MSJ Ex. 6