


Police Chief Vanessa Wilson kneels with protesters in solidarity for George Floyd in Denver

Available at
https://www.reddit.com/r/pics/comments/gwom5d/police_chief_vanessa_wilson_kneels_with/?rdt=34308

tabbies EXHIBIT SP
18
Batchelor 3/13/25