EXHIBIT
3
Batchelor 3/13/25

