

Haubert

EXHIBIT SP
14
Batchelor 3/13/25

+ CLICK TO EXPAND