**Holly Ortiz**

**Subject:** FW: Vote of no confidence on Aurora Police Department Chief Wilson

**From:** Wilkinson, Douglas <dwilkins@auroragov.org>
**Sent:** Thursday, September 30, 2021 4:55 PM
**To:** Coffman, Michael <mcoffman@auroragov.org>
**Cc:** Twombly, James <jtwombly@auroragov.org>; Batchelor, Jason <jbatchel@auroragov.org>
**Subject:** Vote of no confidence on Aurora Police Department Chief Wilson

Mayor Coffman,

After a recent event in which Chief Wilson restarted an investigation on officers who had already been cleared of wrongdoing by department experts the Aurora Police Association Executive Board determined it was necessary to hold a vote of no confidence on her administration. The Fraternal Order of Police Lodge 49 joined in this survey.

The poll question was simple: "Do you feel confident in the leadership of Chief Vanessa Wilson?" The poll was not strictly scientific due to the need to keep the responses confidential. However, you'll notice that the proportion of negative to positive comments is approximately the same as the votes themselves. In addition, the proportion and intensity of the responses matches exactly what I have noticed anecdotally in conversations with my members and is what the Command staff would notice as well if they would be courageous enough to have candid conversations with the officers.

If the poll included the comments alone it would be worth acting on. Included below are the 116 comments left by the members of the APA and FOP. We cannot vouch for the accuracy of some of the allegations. However, we have decided to include all of them so as not to bias the reporting of the poll to you. Due to potential inaccuracies in some of the allegations found in the comments they were not released to the public. I believe these comments are useful, even critical, in measuring the sentiment of the department.

With a vote of 442 to 16, the members of this Department have clearly shown that they have no confidence in the leadership of Chief Wilson and her administration. She should be removed immediately.

In addition to our request for the removal of Chief Wilson you will note a strong theme of distrust in her upper command staff. I'm familiar with your background in the United States Marine Corps. I was enlisted in the Marine Corps Reserve for 15 years, working as an intelligence analyst on active duty for most of the last seven years and deploying twice in 2003 and 2004 to the Iraqi theater. I know of Commanding Officers and their staff immediately relieved for less than what is reflected here. While we might recognize some of the comments as generic "officer hating", you should understand that the Aurora Police Department has a multi-generational syndrome of profound ethical corruption in its command staff. I've never seen anything like it. What you are reading below is a bruised and battered workforce at its wits end. If the City doesn't address the leadership culture and lack of faith in the leaders of the department it will make no significant progress in repairing the function of the department.



Response to MSJ Ex. 19

EXHIBIT G
AURORA 00303