**Danielle Jurinsky, Aurora City Council At Large**
August 4, 2021 ·

Had a wonderful time at the National Night Out supporting the Aurora Police Department. Dustin and I are proud to be endorsed by BOTH the Fraternal Order of Police as well as the Aurora Police Association and are the ONLY At Large candidates that can say that! We proudly support Aurora's finest! I visited the stops at Murphy Creek, Sagebrush Park, V Esprit and Eastern Hills Community Church. #DanielleForAurora
Danielleforaurora.com




129

3 comments 11 shares

EXHIBIT
tabbies
22
Batchelor 3/13/25