


EXHIBIT 23 Batchelor 3/13/25

Wilson 000396

Response to MSJ Ex. 21