IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-00731-STV

---

VANESSA WILSON,

Plaintiff,

vs.

CITY OF AURORA,

Defendant.

---

DEPOSITION OF DANIELLE JURINSKY

---

Tuesday, June 10, 2025

9:19 a.m.

PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled deposition was taken on behalf of Plaintiff at Fennemore Law Firm, 3615 Delgany Street, Suite 1100, Denver, Colorado, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within Colorado.

Response to MSJ Ex. 22

name Darin Parker was brought up, which is why I made that suggestion to her at that lunch.

Q. Okay. Anyone else who was ever identified to you as a puppet master, using that term not as a --

A. Nobody was ever directly identified.

Q. Okay.

A. The name that continued to come up over and over and over, which is why -- I believe verbatim, I said at that lunch meeting, I said, "Vanessa, I think you need to know that someone who may be an even bigger problem for you than you is Darin Parker."

Q. Okay. Now, we've talked a lot about Officer Meier. I just want to nail this down. We don't need to go through everything else again.

You would agree that how the Nate Meier incident was handled was part of the morale problem at APD, right?

MS. ORTIZ: Objection. Form.

A. Yes.

Q. (By Mr. Medlock) Okay. Are you aware of any officers who Chief Wilson fired who you don't think should have been fired?

A. Doug Wilkinson.

Q. Okay. Anybody else?

A. I mean, I would have to go and -- and --

A. I don't know about telling him, "There is someone waiting around a corner."

Q. Okay.

A. But again, it takes six members of council to fire somebody. I can say whatever I want.

Q. Do you believe Democrats are a demonic cult?

A. I believe that socialists who call themselves Democrats and register themselves as Democrats and run as Democrats and disguise themselves as Democrats are a demonic cult, yes.

Q. Do you believe Jared Polis is a member of a demonic cult?

A. I believe Jared Polis believes that his religion is the Democratic Party and not being Jewish.

Q. Okay. Do you believe that Phil Weiser is not really Jewish?

A. I believe that Jared [sic] Weiser answers to Democratic Party first and Judaism second.

Q. Okay. Do you believe that Jena Griswold is not a Jew?

A. Jena Griswold doesn't even, half the time, claim to be Jewish, so same thing: I believe she answers to the Democratic Party first and Judaism second.

Q. Okay. Do you believe that Democrats in

Colorado have legalized murder?

A. Well, yeah. Kaitlyn Weaver, a beautiful 24-year-old girl, was murdered by a 15-year-old illegal in the city of Aurora, and this illegal was given three years' probation for murder, murder.

This woman was driving home from work in broad daylight. Her boyfriend was at home, waiting for her. And -- and she was murdered. The --

Q. So that incident is the basis of your claim that Democrats in Colorado have legalized murder?

A. Well, I think there's a lot of it. I think legalizing a lot of the drug usage. You know, at one point, Colorado was first in the nation for fentanyl overdoses. And -- which -- which the supermajority Democratic House legalized up to -- I can't remember the exact amount, but -- but essentially legalized a certain amount of -- of fentanyl. That's murder. That's murder.

We were first in the nation for fentanyl overdoses, and we're legalizing it. We are legalizing it.

Q. Okay.

A. So yes.

Q. Do you believe the Democrats in Colorado have legalized rape?

A. Yeah. When I was asking for help, when I