EXHIBIT 50
20
Batchelor 3/13/25

**From:** "Twombly, James" <jtwombly@auroragov.org>
**To:** "Batchelor, Jason" <jbatchel@auroragov.org>
**Subject:** RE: EEO Complaint / Subject of Complaint: Officer Doug Wilkinson
**Date:** Wed, 17 Nov 2021 19:31:28 -0700
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image005.png; image006.png

Thanks- saw it- he's in trouble.

Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Batchelor, Jason" <jbatchel@auroragov.org>
Date: 11/17/21 6:37 PM (GMT-07:00)
To: "Twombly, James" <jtwombly@auroragov.org>
Subject: FW: EEO Complaint / Subject of Complaint: Officer Doug Wilkinson

Jason Batchelor
Deputy City Manager | City of Aurora
*office* 303.739.7060 | *main* 303.739.7010

**From:** Roberts, Lakeisha "Keisha" <lroberts@auroragov.org>
**Sent:** Wednesday, November 17, 2021 1:41 PM
**To:** Wilson, Vanessa <vwilson@auroragov.org>; Batchelor, Jason <jbatchel@auroragov.org>; Sylvester, Patricia <psylvest@auroragov.org>; Lantz, Ryan <rlantz@auroragov.org>; Perry, Laura <lperry@auroragov.org>
**Subject:** EEO Complaint / Subject of Complaint: Officer Doug Wilkinson

Good afternoon,

Please see the attached EEO Complaints from Officer Natasha Muturi and Officer Darnesha Montgomery; in response to an email sent by Officer Doug Wilkinson to all APA members regarding the consent decree recently released. Included in the compliant is a copy of the email sent by Officer Wilkinson yesterday, November 16, 2021 at 8:32pm.

Both Officer Muturi and Officer Montgomery personally delivered the request to the HR department. They sadly expressed how they feel devalued and less than, both being women of color working for the APD. They are requesting an immediate response to their compliant and are open to meeting and discussing the situation further in detail. They have provided both their office and cell number as a method of contact.

Chief, both Officers did acknowledge the attempt to communicate their compliant to you first, but unfortunately you were not available at the given time.

The email was sent to all APA members personal email accounts, as per both Officer Muturi and Officer Montgomery, this is the preferred method of communication for both unions.

Should there be any additional questions that I can answer for you please let me know.

**Keisha Roberts**
Deputy Director of Human Resources
**Office:** 303.739.7426 **Fax:** 303.739.7243