**Blue Lives Matter - Aurora**

**Danielle Jurinsky** shared a link.
January 28 ·

The Police Chief needs to leave Aurora immediately! I will be doing weekly interviews on multiple shows until the Chief is gone and our department is liberated. I am done discussing public safety, it is time for action and Aurora needs a new leader in the PD! 33 shootings in Aurora so far this year, 16 teenagers shot in November. "You are not safe" and I will only get louder. #FireTheChief #ProtectAurora




OMNY.FM
**The Steffan Tubbs Show - January 27, 2022 - HR 2 - The Steffan Tubbs Show - Omny.fm**

35 · 12 Comments

Like · Comment

View 9 previous comments · All comments

**TJ Lund**
Thank you, Danielle, for your amazing support for our blue family and the community!
Like · Reply · 5w · 2

**Missi Cunningham**
#facts
Like · Reply · 5w

EXHIBIT
25
Batchelor 3/13/25