Explore

Settings

Search Twitter

EXHIBIT 50
26
Batchelor 3/13/25

**Danielle Jurinsky**
@DaniJurinsky

Time to tell the truth! #ProtectAurora #TheTruth #RealReform #FireTheChief #PublicSafetyHasNoPartyLines

**The Steffan Tubbs Show** @TubbsShow · Jan 27
NEW on @710KNUS:
"I'm telling you right now. You are not safe in Aurora."
- Councilwoman Danielle Jurinsky [@DanielleJurins1]
.@AuroraPD .@AuroraGov .@AuroraAPA
"Are there enough cops in Aurora?"
"No."




6:08 PM · Jan 27, 2022 · Twitter for Android

**7** Retweets **1** Quote Tweet **21** Likes

**MtEvans** @mn8107 · Jan 27
Replying to @DanielleJurins1
Waiting for another Summer of Violence, A Town style

**John Snide** @snide50 · Jan 28
Replying to @DaniJurinsky
@denverddm

**Harless** @Harless41709222 · Jan 29
Replying to @DaniJurinsky
Aurora has never been super safe, lady. I'm not certain anyone has ever tried shit-talking as a remedy. Is there some reason to believe your brand of blahblahblahblah is the magical panacea we need?

**New to Twitter?**
Sign up now to get your own pers
Sign up with G
Sign up with
Sign up with phone
By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

**Danielle Jurinsky**
@DaniJurinsky
Freedom loving ma entrepreneurial spir

**The Steffan Tul**
@TubbsShow
3-7pMT M-F @7
Dad. Christian. Ame Filmmaker. Author. Space fan RT

**710 KNUS Denver**
@710KNUS
Denver's Local Talk Boyles, Steffan Tubl Brauchler Randy Co

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
S

AURORA 01155



Response to MSJ Ex. 27