# TRANSCRIPT OF PROCEEDINGS (PODCAST EXCERPTS)

THE STEFFAN TUBBS SHOW

JANUARY 27, 2022

INTERVIEW OF DANIELLE JURINSKY

AURORA CITY COUNCIL MEMBER

AURORA, COLORADO

better days. And I hope those good days come back. But what are you hearing?

DANIELLE JURINSKY: Well, what you said is my exact message to the men and women of the Aurora Police Department. I know you've seen better days but we're going to turn this around.

I have been out -- I have been out a lot in Aurora talking to police officers at briefings. Several of them, you know, they stop in from time to time at my restaurants to find me, or they'll call me, or they'll email me. They know that I've made myself available.

And I carry a message that I hope shows them that there's light at the end of the tunnel, that -- that it's a new day in Aurora. There's a new council. And I'm here, you know. And not just myself, you know, Steve Sundberg, Dustin Zvonek, I think hands down are the most vocal. And that's very known.

But -- but change is coming. And I have said this. And I -- at some point I'm going to stop saying it, right, because change is going to happen. But -- but things are in the works. For now change is coming.

And to every police officer -- you know, sworn-in officer, but also support staff, those of you civilians that work in records and impound -- to the

STEFFAN TUBBS: Amen.

DANIELLE JURINSKY: Let's never forget that.

And -- and, you know, I guess -- I get so angry, right, when I -- even just hearing that out loud, that that was allowed. But then I have to stop myself. And I have to remember what drove me to run for office. And that's one of the things, Steffan.

STEFFAN TUBBS: Uh-huh.

DANIELLE JURINSKY: So, you know, I just always have to remind myself, you know, that if it wasn't something like that happening, I don't -- I don't know -- I don't know if I would be here. And I just am so thankful that I am.

And I'm not -- I'm not backing down on the changes that need to happen with the police department on my outspoken support, my very, very loud support for the men and women of the Aurora Police Department. That's going to be known.

STEFFAN TUBBS: Yeah.

DANIELLE JURINSKY: I mean, I wear thin -- thin blue lives shirts. I'm doing everything I can to let the department know, and these officers know, it is a different day. And you will see a different council

STEFFAN TUBBS: Yeah.

Danielle Jurinsky, council member -- Madam

had when she was -- I say this in air quotes -- just a multi business owner in Aurora.

And before we bring her back on, just remember, we first met Danielle last year. And she said, you know, she didn't decide to run for city council, the government, the state mandates, shut-downs, mask mandates, all of that, they made it pretty easy for her. And as you know, she won her election last fall.

So we continue -- I just want to give -- get a couple more things, Danielle, on the police department.

We both agree -- and again, at least it was my word -- that the City of Aurora is in a crisis right now with the lack of officers. Give somebody just a general broad sense of people in the police department, these officers -- it doesn't matter if they're, you know, a lieutenant, or a sergeant, or whatever, people that have been there a long time have left already. How does this get any better?

DANIELLE JURINSKY: Well, we remove the chief immediately. And with her, takes out the trash of the deputy chief of police, Darin Parker.

The chief of police, Vanessa Wilson, and the deputy chief of police, Darin Parker, need to leave the Aurora Police Department immediately -- immediately.

And along with it, their antics of destroying police officers' lives, of ruining the department's reputation, throwing police officers under the bus publically, and embarrassing -- and Steffan, I'm not talking, you know, use of force claims, stuff like that. I'm talking officers with some issues. Maybe it's PTSD -- you know, whatever it is -- and having, you know, an issue with drinking, or having an issue -- you know, or their personal -- their personal marital lives or -- I mean, all of these things publicized -- destroying officers.

If you want to fire somebody, then you fire somebody. But to put them out there publically and run their names through the mud, it affects their families, everything that -- you know, their pictures and their names posted all over the media.

And I know for a fact other -- other department chiefs have asked her what are you doing, what are you doing airing a department's dirty laundry like this?

STEFFAN TUBBS: Now, just so I'm clear, Danielle, just so -- just so I'm clear, are -- I just want to make sure that we're on the same page, and that everybody listening is as well.

You're not saying -- I mean, like a

specific instance -- you're not talking about, say, the officers involved in the Elijah McClain death, and talking about -- or are you? I don't know, I just want to be clear.

DANIELLE JURINSKY: Well, at this point the officers involved in the Elijah McClain death are going to go before a jury. And it's going to be for them to decide.

STEFFAN TUBBS: Right.

DANIELLE JURINSKY: But I will say, they've already been cleared by four different agencies of any wrongdoing. So now we'll see what a jury decides. I'm not talking about the Elijah McClain officers.

STEFFAN TUBBS: Okay.

DANIELLE JURINSKY: I am talking about -- I mean, and I can give -- there was an officer who she embarrassed so bad, put his name out publically -- smeared him so bad, talked about his personal life, his marriage, put it all out there in the media -- that man went home and drank himself to death. But that's not in the media, Steffan. That's not in the media.

It's in the media about an officer who sent out an email to membership, to his private membership, and she has him wrapped up in an internal -- internal affairs investigation for the past three months. And

there's no end in sight on that.

It's frivolous, it's frivolous. And it's phony. And it's -- you know, her quest for transparency -- well, then be transparent. What else is being hid in this department? What else is being hid? What is being covered up?

Why is there a lieutenant who drives drunk and destroys a city vehicle, and instead of him being put on administrative leave immediately when she found out about it -- no, no, he's not put on administrative leave for seven weeks. And in the course of that seven weeks, Steffan, he's promoted to an interim division chief position.

STEFFAN TUBBS: Wow.

DANIELLE JURINSKY: Riddle me that.

STEFFAN TUBBS: Wow.

DANIELLE JURINSKY: She's trash.

STEFFAN TUBBS: It sounds like --

DANIELLE JURINSKY: So if that wants to be quoted --

STEFFAN TUBBS: Yeah.

DANIELLE JURINSKY: If they want to quote that, the Aurora Sentinel, also known as Dave Perry's blog against Republicans -- if you want to quote something, Chief Vanessa Wilson is trash.

afternoon/evening program.

Until we speak again, friend, best of luck. And I truly -- on behalf of all of our listeners, I just want to say thank you for -- the lack of a better word, I guess -- is just your candor. And may you not be silenced. And may you keep speaking out against the stuff that a lot of people, as you well know, don't certainly know about.

I'll give you the final like 20 seconds, just wrap it up for us.

DANIELLE JURINSKY: Well, with that, Steffan, I'll never be silenced unless -- unless some, you know, leftist mob carries me away. So check in with me periodically, Steffan.

STEFFAN TUBBS: I will.

DANIELLE JURINSKY: You know, make sure I'm still here.

To every person that lives in Aurora, I'm here for you. I see it. I'm not going to be silenced. I'm a real person.

And like I said to start this show, I'm going to end it the same way, I'm not a politician. I don't know if I'm ever going to nail the politician thing. But I am an elected official. And I'm ready to be your voice. I'm going to be your voice. We're going to