EXHIBIT 68
WIT: Twombly
DATE: 8/22/25
Shelly Dittmer, RPR

From: Twombly, James
Sent: Oct 29, 2021 18:17:37.703902700 UTC
Subject: RE: Comments
To: Berzins, Marsha

You'd think since they want me to fire the chief they'd give me the survey and comments- but no.

Jim Twombly
preferred pronouns: he/him/his
City Manager
City of Aurora
office 303.739.7010 mobile 720-800-1115

Facebook | Twitter | Instagram | Nextdoor
AuroraTV.org

One of Aurora's Core Values is Respect. Sharing personal gender pronouns is one way to practice respect for the diversity that makes Aurora great.

-----Original Message-----
From: Berzins, Marsha <mberzins@auroragov.org>
Sent: Friday, October 29, 2021 11:55 AM
To: Twombly, James <jtwombly@auroragov.org>
Subject: Re: Comments

Sorry, I thought you and Mike were given a copy. I'll ask the cops.
Thanks,
MB

Sent from my iPhone

> On Oct 29, 2021, at 9:18 AM, Twombly, James <jtwombly@auroragov.org> wrote:
>
> Hi Marsha- I don't have those. APA and the FOP were behind the no confidence survey so you would have to ask them for that information. I have not seen the comments.
>
> Jim Twombly
> preferred pronouns: he/him/his
> City Manager
> City of Aurora
> office 303.739.7010 mobile 720-800-1115
>
> Facebook | Twitter | Instagram | Nextdoor AuroraTV.org

> One of Aurora's Core Values is Respect. Sharing personal gender pronouns is one

way to practice respect for the diversity that makes Aurora great.
>
>
> -----Original Message-----
> From: Berzins, Marsha <mberzins@auroragov.org>
> Sent: Friday, October 29, 2021 9:13 AM
> To: Twombly, James <jtwombly@auroragov.org>
> Subject: Comments
>
> Jim,
> I would like to read the comments from the police about Chief Wilson. I can come in to read them or you can print or email them. I will keep them confidential.
> Please let me know.
>
> Marsha Berzins
>
> Sent from my iPhone