Juan Marcano

City of Aurora

Council Member, Ward IV
15151 E. Alameda Parkway, 5th Floor
Aurora, Colorado 80012
*office* 303.739.7015
*fax* 303.739.7594
*email* jmarcano@auroragov.org

*Worth Discovering • AuroraGov.org*

Councilmember Jurinsky:

This letter is to inform you of my intent to charge you with violating of section 3-10 of the charter of the City of Aurora, as well as violating Appendix G (A) of our council rules.

**Section 3-10**

"Neither the council nor any of its committees or members shall direct or request the appointment of any person to, or his removal from, employment by the city manager, or in any manner take part in the appointment or removal of employees in the administrative service of the city, except as otherwise provided in this Charter. The council and its members shall deal with that portion of the administrative service for which the city manager is responsible solely through the manager, and neither the council nor any member thereof shall give orders to any employee of the city either publicly or privately. Any violation of the provisions of this section by a member of the council shall constitute misconduct and shall be punishable in such manner as may be in the discretion of the other members of the council."

Your comments on social media and talk radio amount to public direction to terminate Chief Wilson and Deputy Chief Parker in direct violation of our city charter.

**Appendix G (A)**

"Treatment of City Staff and the General Public. When interacting with City employees or members of the general public, individual Council Members shall conduct themselves in a professional manner at all times."

Your ad-hominem attacks and comments regarding Chief Wilson and Deputy Chief Parker are a clear violation of our council rules, to the point where you may be verging on defamation of character.

I have copied the City Attorney on this letter so that his office may begin the investigation.

EXHIBIT SD
27
Batchelor 3/13/25