AURORA POLICE
COLORADO
COMMUNITY COMMITMENT

# A New Way *forward*

Vanessa Wilson

Chief of Police

EXHIBIT 80
29
Batchelor 3/13/25

# NATIONWIDE CHALLENGES

## Current National Trends

- Mass exodus from profession – retirements and resignations
- Aging workforce
- Societal sentiment doesn't encourage new applicants
- Competition among agencies for small applicant pool
- Traditional incentives aren't as effective
- Reduction in police applicants

*According to Police Executive Forum Special Report dated June 11, 2021

# A NEW WAY *forward*

## OPERATING

- New Shift Structure
- Staffing Efficiencies
- Streamline Technology

## LEADERSHIP

- Promotional Processes
- Leadership Training
- Culture Surveys

## SERVICE

- Wellness Focus
- Compensation
- Training

## ACCOUNTABILITY

- Policy Committee
- Special Assignment Process
- Use of Force
- Discipline

## ENGAGEMENT

- Communication
- Community Relations

# OPERATING

New Shift Structure

Staffing Efficiencies

Streamline Technology

New Shift benefits:

- increased access to training
- professional development and shadowing opportunities
- an increased number of desired days off

Agency Efficiency benefits:

- Records - Contract Staffing
- Records - Consultant
- Community Service Representatives
- National Public Safety Partnership assessments

Streamlined Technology

**GOAL: Agency vision of excellence in service and protection.**

# LEADERSHIP

Leadership Training

Promotional Process

Culture Surveys

Leadership Training Focus:

- Sergeants
- Lieutenants – curriculum in development
- Career Service
- Formalized Mentorship Program (long-term)

Transparent Promotional Process

Culture Surveys

**GOALS: Cultivate and support competent leaders.**

**Act on feedback.**

**Build trust in our process.**

# SERVICE

Wellness

Compensation

Training

**Wellness:**

- Physical Therapy Room - anticipated Q2
- Family Nights
- Mental Health resources
- Hire to Retire Program - in development (long-term)
- Improved fitness equipment
- Benchmark Analytics

**Compensation and Benefits:**

- Retention Bonus (current)
- Referral Hire Bonus (2022)
- Lateral Bonus with Relocation Incentive potential (2022)
- Competitive Compensation - sworn and civilian (long-term)
- Additional Incentives - shift differential, education/longevity, retiree medical (long-term)

**GOALS: Value our team's commitment and promote well-being.**

# SERVICE continued

Wellness

Compensation

Training

**Training**

- Increased access
- Increased focus on scenario-based training, new simulator
  - Clarity in dynamic, real-world situations as they relate to legislative changes
- Specialized, department-wide training
  - ABLE - in progress
  - Calibre Press "Legally justified, but was it avoidable?" - in progress
  - Crisis Intervention Training (CIT)
  - WRAP
  - Work with Consent Decree Monitor to bring high-value training in line with best practices

**GOALS: Invest and equip for success. Reinforce best practices.**

# ACCOUNTABILITY

Policy Committee
Special Assignment Process
Use of Force
Discipline

## Policy Committee

- FOP and APA feedback
- Foundation setting and clear operational framework
- Employ civilian policy writer (mid-range goal)

## Transparency

- Special Assignment Process – audit
- Dashboards for consent decree progress

## Use of Force

- Criminal Justice Institute (CJI)
- Force Review Board

## Discipline

- Timely, Consistent, Proportional
- Culture: Retrain and Retain, whenever possible

**GOALS: Reinforce agency vision of sustained excellence.**

AURORA POLICE COLORADO COMMUNITY COMMITMENT

# ENGAGEMENT

Communication

Community Relations

**New Way Committee** – employee led; solutions driven (mid-range)

**Communication**

- Internal
  - Monthly "Chiefs' Updates"
  - Monthly Newsletter
  - Identify and intervene before burnout or resignation
  - Daily collaboration with Communications to amplify positive and consistent messaging
- External
  - EPIC Recruiting
  - Increase Media Relations staff for positive storytelling (mid-range)

**Community Relations**

- Increased opportunity for positive engagement for officers
- Employee appreciation and outreach

**GOALS: Connected, knowledgeable and satisfied team.**

# WE NEED YOUR SUPPORT

Ask Questions

Provide Ideas for Agency Exploration

Amplify Our Message

Promote Integrity and Accountability

Celebrate progress and wins