EXHIBIT 50
36
Schneebeck 4/4/25

**Wilson, Vanessa**

| | |
|---|---|
| **From:** | Schneebeck, John |
| **Sent:** | Friday, April 1, 2022 10:34 AM |
| **To:** | Wilson, Vanessa |
| **Cc:** | Schneebeck, John |
| **Subject:** | Records Staffing Tracking review |
| **Attachments:** | RE: PCN Action Request - Technician I (12); Recruitment Approval - Build VHBE Records Techs (12); FW: PCN Action Request - Technician I (12); Staffing Study - Records Memo 112921.docx; RE: Staffing Study Update; RE: Innovation Design Team - LEAN Project for Records Requests // Meeting Minutes; RE: LEAN Project for Police Records Requests; RE: List of Tentatively Approved 2022 Amendments; SLAR Submission; FW: Funding Request Priorities; Re: 5 FTE Records; FW: 2021 budget amendment decisions |

Here is a tracking of Records authorized staffing:

6/30/20 – no budget adds & required budget cuts, CM decision on submitted cuts
4/30/21 – 10 FTE requested adds for 2022 amendment
5/7/21 – SLARs submitted with 10 Records Staff
6/10/21 – Casey Cox email as IDT has been requested by Twombly for a business process review
6/29/21 – Sent IDT the internal staffing studies showing need to add personnel from 2014 thru 2021 annual funding requests
7/13/~~22~~ 21 – City Manager Office decision to reduce 2022 FTE adds from 10 to 5
9/9/21 – DCM Batchelor approved early hire of 5 FTE included in the 2022 budget
9/15/21 – Submitted PCN for 5 FTE Records Techs
9/21/21 – Approved 5 FTE Records Techs (9/27/21 per IDT advice, changed to 3 Call Takers and per HR, we have to wait until 2022 for Supervisor and Lead FTE adds)
12/3/21 – 12 VHBE memo submitted with updated internal staffing study to add. Sent to IDT 12/3/21, to DCM Batchelor 12/8/21
12/7/21 – 12VHBE IDT neutral position on our request, defer for independent assessment rather than internal study
12/9/21 – 12 VHBE DCM Batchelor approved to move forward
12/15/21 - 12 VHBE Submitted for approval
1/17/22 – 12 VHBE Approved over a month later. We had to follow up on decision

I'll ask Lt. Parvin for an update on the status of our vacancies.
Let me know if I am missing anything
Thanks

John Schneebeck
Manager of Business Services
Police Department | City of Aurora
*office* 303.739.6507

THE CORE4 Integrity · Customer Service Respect · Professionalism

Facebook | Twitter | Instagram | Nextdoor | AuroraTV.org



Wilson 000388

Response to MSJ Ex. 33