**Wilson, Vanessa**

EXHIBIT 37 Schneebeck 4/4/25

| | |
|---|---|
| **From:** | Schneebeck, John |
| **Sent:** | Friday, March 11, 2022 10:02 AM |
| **To:** | Batchelor, Jason |
| **Subject:** | Yesterday's Internal Audit Reports on Records |

Good morning Jason,
After the Public Safety meeting, I feel I should share a reflection on Chief Wilson's leadership after listening to council members on that call. Funding requests for records staffing failed to be identified as high enough priority for 6 of 7 previous years (1 year we added 4 digital records techs for BWC). It was Vanessa leading to solve this significant problem hoping to avoid the disaster we may still have as we finally are getting the efforts in place to solve it.
As a recommendation to avoid similar problems in the future, when the budget office restricts the number accepted amendments, the restrictions should be proportionate to the department's complexity or size. We may have been able to work on this issue by having more than 3-5 accepted submissions as some of these past budget year limitations.
I would also ask for your confidence and support to follow through the paths of actions we are undertaking at this time which likely include having this vendor hired for the implementation of recommendations. Outside experts bring the skills to manage the change with employees avoiding the resistance and negative emotions that may come with internal execution.
Let me know if you have any questions or concerns
Thank you

John Schneebeck
Manager of Business Services
Police Department | City of Aurora
*office* 303.739.6507

THE CORE4! Integrity • Customer Service Respect • Professionalism

Facebook | Twitter | Instagram | Nextdoor | AuroraTV.org





Response to MSJ Ex. 34