IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-00731-STV

---

VANESSA WILSON,

Plaintiff,

vs.

CITY OF AURORA,

Defendant.

---

DEPOSITION OF JOHN SCHNEEBECK

---

Friday, April 4, 2025

8:59 a.m.

PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled deposition was taken on behalf of Plaintiff at Fennemore Law Firm, 3615 Delgany Street, Suite 1100, Denver, Colorado, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within Colorado.

Response to MSJ Ex. 35

Q. Okay. So starting around what year, would you estimate?

A. Probably started during 2020 --

Q. Okay.

A. -- during the COVID.

Q. Okay. Would you agree that there had been problems in the records department long before 2020?

A. There would be potential for problem. It grew -- a larger backlog --

Q. Okay.

A. -- is what happened.

Q. Was there a backlog before 2020?

A. There would be a backlog.

Q. Okay. So it's your testimony that there was a backlog before 2020, it kind of started to grow during the pandemic, and got to the point where there were outside consultants hired and reports being written about it in 2022.

Is that accurate?

A. Yes.

Q. Okay. Let's take a look at, and we'll mark this one as Exhibit 36.

(Deposition Exhibit 36 was marked.)

Q. (By Mr. Medlock) Take a sec to look at that, and let me know when you're ready to discuss it,

actually required; is that accurate?
A. As a department, yes. As -- which would apply to records. Where the budget cuts were submitted, I don't remember that detail.
Q. Okay. And it says here, "CM decision on submitted cuts."
Is "CM" the city manager?
A. Yes.
Q. Okay. So is it -- it's my understanding, then, that this means that it was the city manager's decision that there could not be any additions to the police records budget and that the city manager also required cuts; is that correct?
A. Yes, to the department for cuts. For adds, it would be applicable to records.
Q. Okay. So the entire police department needed to make cuts, and the records department could not make additions; is that --
A. Correct.
Q. -- accurate?
Okay. Could you basically describe for us the budget process as it applies to the sections that you oversee at the police department? Give us a basic description of how that worked in the City of Aurora in this time period, 2020 to 2022.

THE COURT REPORTER: Sure.

(The following question was read:

"QUESTION: And why would the -- the records division have requested additional staff in 2020?")

MS. ORTIZ: Same objection.

A. We would have requested personnel or staff associated to business operation needs, addressing volume.

Q. (By Mr. Medlock) If there were requests for additional staff in 2020 for the 2021 budget, it would be because there was -- you saw additional need based on the volume of what was going through the records department; is that accurate?

A. Yes.

Q. Okay. And if you noticed a growing backlog in 2020, part of what you would have done to address that would be request additional staff for the next budget cycle; is that fair?

MS. ORTIZ: Objection. Foundation.

A. Yes. If that was the solution to solve our volume, we would be asking for staff.

Q. (By Mr. Medlock) Okay. In 2020, if there was an increase in volume, do you recall making any other changes to address that, other than requesting additional

You see that?
A. Yes.
Q. It would be my understanding that "10 FTE" means 10 full-time employees. Is that right?
A. Yes.
Q. Okay. That would be 10 full-time employees for the records department, correct?
A. Yes.
Q. Okay. So in 2021, you asked for 10 additional employees for the records department, right?
A. Yes.
Q. Okay. And those -- why did you -- why do you recall -- or if you recall, do you recall -- why do you recall asking for 10 additional employees in 2021 for the 2022 budget?
A. For operational needs of demand.
Q. Okay. Because the backlog is growing, the numbers of requests for records are growing; is that accurate?
A. Yes. Queues are being built.
Q. Okay. Do you recall how many, approximately, full-time employees you had in 2021 before making this request?
A. Not specifically.
Q. Okay. You just -- from this document, it

helps you remember you asked for 10 more, right?
A. Yes.
Q. Okay. And Chief Wilson would have been involved in that decision to make that request, right?
A. Yes.
Q. And from what you've testified to today, it's my understanding that if you made the request for these 10 full-time employees in April of 2021, the soonest you could have actually hired these 10 full-time employees would have been January of 2022.
Is that accurate?
A. That is the correct statement to authorize positions.
Q. Okay. So you can't get -- even if you got all 10 full-time employees you asked for in April of 2021, you're not actually hiring anybody, having them come into the office and work on the backlog until at least January of 2021, right?
A. If the city manager approved a budget add for the following year, there is the opportunity that we could request an early overhire during the current year.
Q. Explain that process to me.
A. If the budget proposal is going forward with the city manager's proposed budget for the following year, we could be asking to hire those positions during

additional five employees on 9/21/21, and you could hire those early based on the action of 9/9/21; is that correct?

A. Correct.

Q. Okay. So the 5 employees that you requested back in April of the 10 that you requested in April, you could actually start hiring at the end of September 2021; is that accurate?

A. Yes. The approval of 9/9 is when we could start hiring the five that were requested in 2022.

Q. Okay. Do you recall when you actually started to have additional employees working in the records department after this 9/21/21 approval?

A. I do not know the hire date.

Q. What does the City's hiring process typically look like? Like, what is -- and I'm particularly interested in, what's a typical timeline from job is posted to employee's start date?

A. Four months.

MS. ORTIZ: Objection. Form.

THE WITNESS: I'm sorry.

MS. ORTIZ: It's all right.

A. If we're lucky.

Q. (By Mr. Medlock) So if all goes well, if you are approved to hire somebody at the end of

September, we're talking four months until they probably actually start; is that right?
A. Correct.
Q. So in this case, since it's the end of September, we'd be talking October, November, December, January to actually have an employee work -- and a new employee working in the records department?
A. Correct.
Q. Okay. So for these particular positions, probably the earliest you would have anybody actually doing the work is January 2022; is that accurate?
A. Yes.
Q. Okay. And you said that that would be the process "if we're lucky."
I assume that means that you don't always get somebody hired on that four-month timeline; is that accurate?
A. Positions can drop out for many reasons, so that's why sometimes it will take longer.
Q. What are some of the reasons why that might take longer?
A. They don't pass backgrounds, take a different job before we get our start date. A multitude of other reasons.
Q. Okay. So is four months kind of the