BFW ATTORNEYS BURNS FIGA & WILL — 40 YEARS OF TRUSTED COUNSEL

John S. Gleason
jgleason@bfwlaw.com
Janie Cox
jcox@bfwlaw.com

EXHIBIT 72
WIT: Twombly
DATE: 8/22/25
Shelly Dittmer, RPR

March 17, 2022

City of Aurora City Council
c/o Aurora City Attorney Daniel L. Brotzman
15151 E. Alameda Pkwy., 5th Floor
Aurora, Colorado 80012

Re: Stipulation to Resolve Charges Brought Against Council Member Jurinsky

Esteemed Council Members,

On January 28, 2022, Council Member Marcano brought charges against Council Member Jurinsky, alleging violations of Section 3-10 of the City of Aurora City Charter and Appendix G (Conduct Guidelines), Section A of the City Council Rules. Upon notice of the charges to Council Member Jurinsky and the City Attorney's Office, City Attorney Daniel L. Brotzman followed the procedures prescribed by Appendix G, Section I, paragraph 2 of the Council Rules in providing notice to the Mayor and City Council. Subsequently, under the same authority and procedures, the City Attorney's Office retained the firm of Burns Figa & Will, P.C. as special legal counsel for the purposes of preparing and presenting the specification of charges.

Appendix G, Section I, paragraph 5 of the Council Rules authorizes the appointed special legal counsel to negotiate stipulated facts, procedural matters concerning a public hearing (if one is requested), appropriateness of attorney fees, and to accept any stipulation of a violation. Under this authority, on March 14, 2022, the city Council directed and instructed special legal counsel to end the investigation prior to any public hearing and enter into a stipulation with Council Member Jurinsky to dismiss the charges brought against her.

Accordingly, special legal counsel from Burns Figa & Will, P.C. terminated the investigation without making any findings regarding the alleged violations, and without advising the City Council or preparing any report on the merits of the charges.

Council Member Jurinsky, through her counsel, and the City of Aurora agree that the investigation into the charges brought against Council Member Jurinsky is terminated and the matter is dismissed effective March 15, 2022. Council Member Jurinsky waives her right to a public hearing on the matter, as afforded to her in Appendix G, Section I, paragraph 3 of the Council Rules, as a condition of the investigation ending and dismissal of the charges.

As a condition of this Stipulation legal counsel for Council Member Jurinsky will be paid $16,162.50 in legal fees for their representation of her in this matter.

Council Member Jurinsky enters into this Stipulation freely and voluntarily. Council Member Jurinsky additionally confirms that she has had the opportunity to review this document with counsel of her own choosing prior to signing this Stipulation.

Danielle Jurinsky Date

Suzanne Taheri, #23411 Date
Counsel for Council Member Jurinsky

John S. Gleason, #15011 Date
Special Legal Counsel

David Lane, #16422 Date
Counsel for Council Member Jurinsky

Jane Bonham Cox, #45770 Date
Special Legal Counsel