EXHIBIT 70
WIT: Twombly
DATE: 8/22/25
Shelly Dittmer, RPR

**From:** "Twombly, James" <jtwombly@auroragov.org>
**To:** "Lanigan, Jad" <jlanigan@auroragov.org>
**Subject:** RE: officers
**Date:** Fri, 11 Mar 2022 13:53:59 -0700
**Importance:** Normal
**Inline-Images:** image003.png; image004.png; image005.png; image006.png; image007.png

---

Appreciate it.

Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Lanigan, Jad" <jlanigan@auroragov.org>
Date: 3/11/22 1:46 PM (GMT-07:00)
To: "Twombly, James" <jtwombly@auroragov.org>
Subject: RE: officers

Hello Sir,

Tim Glenn currently works in GRIT and will be going to the Arapahoe County DA Office. His cell number is 720-355-0337

Doug Pearson currently works at RAVEN and will be going to CBI as an investigator. His cell number is 303-521-8386

Thanks,

**Jad Lanigan**
**Aurora Police Department | Commander – Special Operations**
13347 E. Montview Blvd. | Aurora CO. 80045
**p:** 303.739.1771 | **jlanigan@auroragov.org**

THE CORE 4
Integrity • Customer Service
Respect • Professionalism

Facebook | Twitter | YouTube | Join The APD

**From:** Twombly, James <jtwombly@auroragov.org>
**Sent:** Friday, March 11, 2022 12:57 PM
**To:** Lanigan, Jad <jlanigan@auroragov.org>
**Subject:** officers

Hi Jad- One of the officers you mentioned was Tim Glenn I believe- who was the other – can't find his name-

Jim Twombly
*preferred pronouns: he/him/his*
City Manager

AURORA 011787

Response to MSJ Ex. 37

City of Aurora
*office* 303.739.7010 *mobile* 720-800-1115

THE CORE 4
Integrity • Customer Service
Respect • Professionalism

Facebook | Twitter | Instagram | Nextdoor AuroraTV.org

*One of Aurora's Core Values is Respect. Sharing personal gender pronouns is one way to practice respect for the diversity that makes Aurora great.*