**RESPONSE TO MSJ EXHIBITS:**

Exhibit 1 - *Grillot v. Okla. ex rel. Univ. of Okla. Bd. of Regents*

Exhibit 2 – Deposition of Jason Batchelor

Exhibit 3 – Photograph of Elijah McClain

Exhibit 4 - Video of Shataeah Kelly arrest by Officer Levi Huffine on 8.27.19

Exhibit 5 – Expert Report of Michael S. Harrison

Exhibit 6 - Photograph of Dr. PJ Parmer

Exhibit 7 - Photograph of Chief Vanessa Wilson kneeling with protestors

Exhibit 8 – Deposition of Vanessa Wilson

Exhibit 9 - Investigation of the Aurora Police Department and Aurora Fire Rescue dated September 15, 2021

Exhibit 10 - Photograph of three officer's "reenacting" McClain chokehold

Exhibit 11 - Video of traffic stop of Gillam family by Officer Darian Dasko on August 2, 2020

Exhibit 12 – 21CP Solutions Report

Exhibit 13 – Deposition of James Amsler

Exhibit 14 - Video of arrest of Preston Nunn by Officer Gabriel Nestor on May 15, 2021

Exhibit 15 – Findings, Conclusions and Order

Exhibit 16 - Video of John Haubert pistol whipping Kyle Vinson on July 23, 2021

Exhibit 17 - Photograph of John Haubert, former APD Officer

Exhibit 18 – Deposition of James M. Twombly



**Response to MSJ Ex. 39**

Exhibit 19 – I moved this in the Chart – it should be listed as "Wilkinson email regarding No Confidence Poll"

Exhibit 20 – Jurinsky and Zvonek FaceBook photo, candidate photo with APD

Exhibit 21 - Jurinsky FaceBook post with endorsements of APA and FOP

Exhibit 22 – Deposition of Danielle Jurinsky

Exhibit 23 – Wilkinson Email re Consent Decree, dated 11/17/2021

Exhibit 24 – Findings, Conclusions and Order re Doug Wilkinson firing

Exhibit 25 – Email from Jason Batchelor to James Twombly, dated November 17, 2021, re Doug Wilkerson EEO complaint

Exhibit 26 - Jurinsky FaceBook post, "doing interviews until chief is gone" dated January 28, 2022

Exhibit 27 – Jurinsky FaceBook post, #FireTheChief

Exhibit 28 – Transcript of Tubbs Radio Show January 27, 2022

Exhibit 29 – Emails between Marsha Berzins and Jim Twombly re comments regarding the no confidence survey of Chief Wilson, dated October 29, 2021

Exhibit 30 - Marcano Letter to Jurinsky re call to censure Jurinsky

Exhibit 31 – February 23, 2022 Letter to Aurora City Council

Exhibit 32 – "A New Way Forward" Presentation

Exhibit 33 - Email from John Schneebeck to Vanessa Wilson re Records Staffing Tracking Review, dated April 1, 2022

Exhibit 34 - Email from John Schneebeck to Jason Batchelor re Yesterday's Internal Audit Reports, dated March 11, 2022

Exhibit 35 – Deposition of John Schneebeck

Exhibit 36 - Stipulation to Resolve Charges Brought Against Council Member Jurinsky, dated March 17, 2022



**Response to MSJ Ex. 39**

Exhibit 37 - Email from Lanigan to Twombly w names of officers w phone numbers

Exhibit 38 - Defendant's Response to Interrogatory #5

Exhibit 39 – Response to MSJ Exhibits